UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CASE NO. 8:98-cr-302-SCB-TGW

ANDRE PEASE

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO ANDRE PEASE'S MOTION FOR REDUCTION OF SENTENCE**

The United States respectfully requests a thirty day extension of time, through and including September 3, 2022, within which to file its response to Andre Pease's motion for a reduction of his sentence. (Doc. 603). As of the time of filing, a response is due on August 4, 2022. Because of responsibilities in this case and in other cases, and the type of claims asserted by Mr. Pease, the government requires additional time to assemble the relevant information and evidence, obtain the position of the Bureau of Prisons, and thereby provide the Court with a meaningful and useful response. Therefore, the United States respectfully requests an extension of time, through and including September 3, 2022, within which to file its response to Mr. Pease's motion.

                                              Respectfully submitted,

                                              ROGER B. HANDBERG
                                              United States Attorney

By: _____
      David W.A. Chee, AUSA
      Florida Bar No. 109659
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      E-mail. david.chee@usdoj.gov

U.S. v. Andre Pease                             Case No. 8:98-cr-302-SCB-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Andre Pease
Reg. No. 22827-018
COLEMAN MEDIUM
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1032
Coleman, FL 33521

_/s/ David Chee_
David W.A. Chee
Assistant United States Attorney
Florida Bar No. 109659
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
E-mail. david.chee@usdoj.gov

2